UNITED STATES of America,
Plaintiff–Appellee,

v.

Omar Leonardo INIGUEZ,
Defendant–Appellant.

No. 14–10274.

United States Court of Appeals,
Ninth Circuit.

Submitted June 22, 2015.*

Filed June 25, 2015.

Gordon Davenport, III, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Christopher Legrande Scileppi, Law Offices of Christopher L. Scileppi, Tucson, AZ, for Defendant–Appellant.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Omar Leonardo Iniguez appeals from the 24–month sentence imposed upon re- ·mand for resentencing following his guilty-plea conviction for various firearms of-fenses. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Iniguez contends that the district court violated his due process rights because it imposed the same sentence on remand de-spite the fact that the advisory Guidelines range had been reduced one additional offense level for acceptance of responsibili-ty under U.S.S.G. § 3E1.1(b). The record reflects that the district court determined that the prior sentence remained appropri-ate on remand. Accordingly, the district court did not violate Iniguez's due process rights. *See United States v. Horob*, 735 F.3d 866, 869–70 (9th Cir.2013) (per cu-riam).

Iniguez also contends that the court was obligated to depart or vary downward to the same extent it had at his initial sen-tencing hearing. This argument is unper-suasive. The record reflects that the dis-trict court varied downward from the Guidelines range at both sentencing hear-ings. Its decision to vary downward 22 months at the resentencing hearing, rather than 27 months, was not an abuse of dis-cretion. *See Gall v. United States,* 552

** This disposition is not appropriate for publi-cation and is not precedent except as provid-ed by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007).

**AFFIRMED.**